PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

```
                                              ┌─────────────────────────────┐
                                              │     U.S. DISTRICT COURT      │
                                              │  NORTHERN DISTRICT OF TEXAS  │
                                              │          FILED               │
           IN THE UNITED STATES DISTRICT COURT│                              │
           FOR THE NORTHERN DISTRICT OF TEXAS │      APR 1 2 2024             │
               WITHITA FALLS    DIVISION      │                              │
                                              │  CLERK, U.S. DISTRICT COURT  │
                                              │  By                          │
                                              │        Deputy                │
                                              └─────────────────────────────┘
```

REGINALD DEARY #827266
Plaintiff's Name and ID Number

815 12th. STREET,HUNTSVILLE,TX.77348
Place of Confinement

**7-24CV-050-0**

CASE NO._____

(Clerk will assign the number)

v.
B.COLLIER,EXECUTIVE DIR.TDCJ — *Huntsville unit*
P.O.BOX 99 HUNTSVILLE,TX.77348

Defendant's Name and Address
B.REITSMA,ASST.WARDEN-ALLRED *unit*
2101 FM 369N. IOWA PARK,TX.76367

Defendant's Name and Address
T.VITOLO,CHEIF CLASSIFICATION-ALLRED *unit*
2101 FM 369N. IOWA PARK,TX.76367

Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Attachment of pg.#1

B.DISHMAN,MAJOR-ALLRED UNIT
2101 FM 369N. IOWA PARK,TX.76367
-------------------------------------

Z.WHITE,CO.IV-ALLRED UNIT
2101 FM 369N. IOWA PARK,TX.76367

G.McLAMORE,CO.V-ALLRED UNIT
2101 FM 369N. IOWA PARK,TX.76367

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _x_ YES ___ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: OCT.-NOV. 2001

        2.  Parties to previous lawsuit:

            Plaintiff(s) REGINALD DEARY

            Defendant(s) J.SALTER,CO.IV

        3.  Court: (If federal, name the district; if state, name the county.) POLK COUNTY

        4.  Cause number: DONT REMEMBER

        5.  Name of judge to whom case was assigned: DONT REMEMBER

        6.  Disposition: (Was the case dismissed, appealed, still pending?) DISMISSDED

        7.  Approximate date of disposition: IN 2016

II.    PLACE OF PRESENT CONFINEMENT: HUNTSVILLE UNIT, 815 12th.STREET, HUNTSVILLE, TX.77348

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    x YES    ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: REGINALD DEARY#827266 -Hv. 815 12th.STREET, HUNTSVILLE
TX.77348

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: BYRAN COLLIER, EXECUTIVE DIR.TDCJ, HUNTSVILLE-P.O. BOX 99 HUNTSVILLE
TX.77348    UNit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
UNDER COLOR OF STATE LAW, B.COLLIER, PRISON OFFICALS HAVE A DUTY TO TAKE REASONABLE
MEASURES TO PROTECT INMATES AND FAILED TO DO SO.

Defendant #2: BRYAN REITSMA, ASST.WARDEN, ALLRED, 2101 FM369N.IOWA PARK, TX.76367
UNit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
UNDER COLOR OF STATE LAW, B.REITSMA, OFFICERS & OFFICIALS ARE OBLIGATED TO TAKE
REASONABLE STEPS TO COMMUNICATE AND PROTECT OFFENDERS FROM OF ANOTHER PRISONER
AND FAILED TO DO SO.

Defendant #3: TINA VITOLO, ALLRED, 2101 FM 369N. IOWA PARK, TX.76367-CHEIF OF CLASSIFICATION
UNit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
UNDER COLOR OF STATE LAW, T.VITOLO, ARE OBLIGATED TO TAKE REASONABLE STEPS TOPROTECT
AND COMMUNICATE FOR OFFENDERS FROM VIOLENCE AT THE HANDS OF OTHEROFFENDERS
AND FAILED TO DO SO.

Defendant #4: BRANDON DISHMAN, MAJOR, ALLRED, 2101 FM 369N. IOWA PARK, TX.76367
UNit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
UNDER COLOR OF STATE LAW, B.DISHMAN, ARE OGLIGATED TO TAKE REASONABLE STEPS TO
COMMUNICATE AND PROTECT OFFENDERS FROM VIOLENCE AT THE HANDS OF OTHER OFFENDERS
AND FAILED TO DO SO.

Defendant #5: ZACHARY WHITE, ALLRED UNIT, 2101 FM 369N. IOWA PARK, TX.76367
CO.IV

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
UNDER COLOR OF STATE LAW, Z.WHITE, HAS A DUTY TO PROTECT A PRISONER FROM ANOTHER
AND DID EXPOSE ME TO A KNOWN RISK OF VIOLENCE AT THE HANDS OF ANOTHER PRISONER AND
FAILED TO RESPOND.

co.V

Defendant#6:GARRY McLAMORE,ALLRED UNIT, 2101 FM 369N. IOWA PARK,TX.76367

Brief describe the act(s)or omission(s) of this defendant which you claimed harmed you.
UNDER COLOR OF STATE LAW,G.McLAMORE,HAS A DUTY TO PROTECT A PRISONER FROM ONE ANOTHER AND
AND DID EXPOSE ME TO A KNOWN RISK OF VIOLENCE AT THE HANDS OF ANOTHER PRISONER AND FAILED
TO RESPOND.

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ON AUG.2nd.2022,on 12 bldg. E-pod,d-section two row shower I REGINALD DEARY,came back from rec. and was put in the shower by officer z.White whom took me to the rec. yard,after putting me in the shower he then went to inmates K.Knights cell to escort him to the rec. as officer WHITE took him out they where going down the stairs and inmate KNIGHT then came out of his hand resraints pushed officer WHITE to the side and ran back up the stairs to the shower where i showering and open the slot door,I trurned around and saw inmate KNIGHT standing there and i saw that he had what appeared to be a slang slot that shoots spears in his hand,I then screamed for the laws and tried to hit at his  hand but couldnt and then i was hit with the frist spear in the chest, while trying to slap his hand way! as i was hit i screamed more as i tried to pull the spear out of my

VI.    RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

COMPENSATORY DAMAGES OF 10,million and PUNITIVE DAMAGES of 10,million

VII.    GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

LARRY McBRIDE

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

In califoria prison-#D-82065

VIII.    SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?    ____YES  X  NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?                    ____YES  ____NO

4

STRIKE YOUR COMPLAINT.

chest and slide under my skin,and discovered that it had a hook so i couldnt pull it out,then when i look out of the shower he was still there getting ready to shoot me again and did,in the arm and that one also slide down under my skin! this one hit my right arm to where i couldnt move and i called for the laws to come get me out the shower but got no response until other laws ran on the pod! I could hear inmate KNIGHT telling the law in the picket to let him in the cell a coulpe of times. then the laws came and took me out of the shower and escorted me to the medical department 10.bldg. and then i was taken to the hospital where they had to do surgery to remove the spears from me!

C. Has any court ever warned or notified you that sanctions could be imposed?  _____ YES  _X_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division): _____

    2.  Case number: _____

    3.  Approximate date warning was issued: _____

Executed on: _4-3-24_
DATE

_Reginald Deary_
_Reginald Deary_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _Wednesday 3_ day of _April_, 20 _24_.
(Day)                                  (month)              (year)

_Reginald Deary_
_Reginald Deary_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

Texas Department of Criminal Justice

**I ACCEPT AS
ORIGINAL**

# STEP 1 OFFENDER
GRIEVANCE FORM

*Deary, Reginald*

**OFFICE USE ONLY**

Grievance #: 2022135657

Date Received: AUG 10 2022

Date Due: SEP 19 2022

Grievance Code: 815

Investigator ID #: I 2744

Extension Date: _____

Date Retd to Offender: SEP 01 2022

Offender Name: Reginald Deary   TDCJ # 827266

Unit: J.A   Housing Assignment: JA A-73 12C-2b

Unit where incident occurred: J.A

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? OIG/LT.'S/WARDEN/SAFE PRISONS/   When? 8-2-22

What was their response? TOOK ME TO THE HOSPITAL

What action was taken? DON'T KNOW

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON 8-2-22, I WAS IN THE SHOWER AFTER I CAME FROM REC
AND AS I WAS WASH MY BOXERS THE SHOWER SLOT CAME
OPEN, WHEN I LOOKED BACK I SAW THAT INMATE IN 55
Cell WAS AT THE SLOT PREPAIRING TO SHOOT A SPEAR AT
ME, THAN HE SHOT ME IN THE CHEST, AND I CONTINUE TO
SLAP MY BOXER AT HIS HAND AN HE SHOT ME AGAIN IN THE
ARM, OFFICER, WHITE 1-1, AND MCLAMORE WHERE ON THE SECTION
B-POD D-SECTION AND DIDNT STOP THE INMATE FROM
RUNNING TO THE SHOWERS & INMATE CAME OUT OF THE HAND RESTRAINTS
BECAUSE OFFICER WHITE FAILED TO STRIP SEARCH THE INMATE AS OT
PROCEEDURE; WHICH PUT MY LIFE IN DANGER! BY INMATE
KNIGHT!

---

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   MAR 24 2023 (OVER)

DEC 02 2022   Appendix F

**Action Requested to resolve your Complaint.** *THAT THEY DO THEIR JOB MORE CORRECT AND CHECK INMATES THAT ARE KNOWN FOR THESE ACTIONS*

**Offender Signature:** *Reginald W Darey*                    **Date:** *8-9-22*

**Grievance Response:**

The investigation of this grievance is complete. The appropriate administrative action has been taken to address this issue. This is for your information. No further action is warranted.

**Signature Authority:** _____                    **Date:** SEP 0 1 2022

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**          **\*Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. \*

☐ 3. Originals not submitted. \*

☐ 4. Inappropriate/Excessive attachments. \*

☐ 5. No documented attempt at informal resolution.

☐ 6. No requested relief is stated. \*

☐ 7. Malicious use of vulgar, indecent, or physic     age. \*

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. \*

☐ 11. Inappropriate. \*

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | UGI Initials:_____ |
| Grievance #: _____ _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F

*Resubmission*

# Texas Department of Criminal Justice

# STEP 2   OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2022135057

UGI Recd Date: 14 MAR 2023

HQ Recd Date: MAR 24 2023

Date Due: 4-23-23

Grievance Code: 815/899

Investigator ID#: _____

Extension Date: _____

Offender Name: Deary R. Reginald   TDCJ # 827266

Unit: R-1   Housing Assignment: 2uv-2046

Unit where incident occurred: J.A / JAMES Allred

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I AM dissatisfied with my STEP 2 decision because I did NOT get my (STEP 1) BACK FOR 6 days After SAID date; SEPT 1-22, I got it BACK until Sept 6th 22, so it is Not my fault of improper STEP 2, cause, According To Me getting my STEP 2, BACK LATE "I still MADE THE Required 15 days, so I WAS informed To ResubMit it By INVESTIGATOR FOR GRievances MR. IVEY which WAS StaMped by AllRod unit Dec, 1-22, ON Resubmitted

---

**I-128 Front** (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix G

MAR 24 2023

**Offender Signature:** *Derry Reginald*                    **Date:** 3/11/23

**Grievance Response:**




**Signature Authority:** _____    **Date:** _____

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.***

☐ 3. **Originals not submitted. ***

☐ 4. **Inappropriate/Excessive attachments.***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY |
|---|
| **Initial Submission**          CGO Initials: _____ |
| Date UGI Recd:_____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender:_____ |
| **2ⁿᵈ Submission**          CGO Initials: _____ |
| Date UGI Recd:_____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |
| **3ʳᵈ Submission**          CGO Initials: _____ |
| Date UGI Recd: _____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |
| Comments: _____ |
| Date Returned to Offender: _____ |

**I-128 Back** (Revised 11-2010)                    **Appendix G**

NOV 1 0 2022

**ACCEPT AS ORIGINAL**

Re-Submission

DEC 0 1 2022



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2022135657 |
| UGI Recd Date: | SEP 21 2022 |
| HQ Recd Date: | SEP 27 2022 |
| Date Due: | 10/31/22 |
| Grievance Code: | 815 1899 |
| Investigator ID#: | |
| Extension Date: | |

Offender Name: RE Ginald J DEARY   TDCJ# 827266

Unit: JA   Housing Assignment: 12-C-26

Unit where incident occurred: JA

---

*You must attach the completed Step 1 Grievance that has been sig___ by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been re___ unprocessed.*

---

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

ON THE 2nd, day OT AUG, 2022, ON E-Pod SECTioN, B) 2 Row SHOWER, I WAS SPEARED by oTTENDER Knight K. while I WAS SHOWERING, oTTicER white 1-1 shot while TAKiNG oTTENDER Knight out oT CELL didN'T SuTTiCiENTLY CoNduct A pRopER STRip SEARCH oT oTTENDER Knight pERSON, THERETOBE ENABLiNG SAid oTTENDER To SmuGGLE A SPEAR GuN with multiplE SPEAR points, which he CoNCEALEd iN his pANTS, out oT his CELL, oTTicER white THEN pROCEEDEd dowN THE STAiR, with SAid oTTENDER, whERE upon REAChiNG oNE Row SAid oTTENDER dETENTED his hANd CuTTS, ANd RAN BACK TO 2-Row REAChEd iN his pANTS, dROppE THE ShowER Slot ANd pullEd out A SPEAR TO Shoot ME, ANd SPEARED ME oNCE iN THE ChEST THAN A SECOND TiME iN THE ARM, All THE whilE TROM THE poiNT oT SAid oTTENDER dETENTiNG his CuTTS, ANd RuNNiNG BACK TO 2-Row, ANd SPEARiNG ME, NO VERBAL OR physiCAL iNTERVENTioN ON THE pART oT oTTicER white ARE MCLAMoRE WAS usEd TO pREVENT This ACTioN by oTTENDER ANd ENSuREd MY SATTY AS oTTiCERS Job dESCRipTioN ANd usE oT TORCE plAN ENTAils, THERETORE puTTiNG MY liTE iN dANGER! This TACT iS THE REASON TOR MY AppEAL oT STEP-1, SAid oTTiCERS wERE NEiTHER pRO ACTiVE oR REACTiVE iN THE pROpER TAShioN AS pROCEduRES ANd Job DuTY REQuiRES? NO pRECAuTioN WAS TAKEN iN doublE LOCKiNG CuTTS ARE BTH, pRiNG! UpON REliEViNG MY GRiEVENCE, BACK bECAuSE oT THE Holidays, which I GOT MY STEP 2 SEpT 6TH, I disAGREE with THE dECiSioN, CAuSE I REClEVE THiS STEp2 LATE ANd did put it BACK iN bEToRE 15 days whERE upo

---

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

DEC 0 2 2022   MAR 2 4 2023   Appendix G

_____

Offender Signature: _Reginald Leary_    Date: _9-20-22_

**Grievance Response:**




Signature Authority: _____    Date: _____

| Returned because: *Resubmit this form when corrections are made.* | OFFICE USE ONLY |
|---|---|

Returned because:    *Resubmit this form when corrections are made.*

☑ 1. Grievable time period has expired. _time exp 9/16_

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _J Back_

**OFFICE USE ONLY**

Initial Submission    CGO Initials: _JB_
Date UGI Recd: _9/21_
Date CGO Recd: _9/21_
(check one) _✓_ Screened _____ Improperly Submitted
Comments: _time exp._
Date Returned to Offender: _____

2nd Submission    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) _____ Screened _____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

3rd Submission    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) _____ Screened _____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)    Appendix G

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Inter-Office Communication
## Administrative Review and Risk Management
### Offender Grievance

0 9 MAR 2023

---

**TO: DEARY, REGINALD**                        **DATE: 01/20/2023**

**TDCJ #: 00827266**

**UNIT:** JA                        2w - 2·4b

**FROM: Central Grievance Office**        **SUBJECT: Improperly Submitted Grievance**

---

Your documents received in this office have been reviewed and a response is indicated below.  Contact the warden, major, chief of classification or a security officer for issues you deem as an emergency; however, are not considered an em g c y through the Offender Grievance procedure. **If you need additional information or assistance, you may contact the Unit Grievance investigator at your unit.**

☒ Please utilize the Offender Grievance Procedure to address your concerns.

☐ A copy of the Instructions on How to Write and Submit Grievances is enclosed for your information.

☐ Policy requires that **all grievances be submitted through your Unit Grievance Investigator within 15 days** of the applicable date.

☒ These issues have been reviewed at both steps of the grievance procedure. No other administrative remedies are available to you regarding the issue. Further action by this office is not warranted.

☐ If you wish to obtain a copy of a Step 1 grievance, contact your Unit Grievance Investigator via I-60 Request to Authority.  The records retention for grievances is three years.

☐ Your Step 1 grievance(s) was properly screened. ()

☐ Contact the Law Library concerning your requested information or open records request.

☐ Records indicate that grievance #_ is currently under review at Step-1.

☐ The use of vulgar language towards staff in your grievance will not be tolerated and may result in disciplinary action being taken by unit administration.

☐ This Step 2 appeal is being returned to you without action; however, the unprocessed Step 1 grievance is under review.

☐ This Step 2 appeal cannot be processed without the corresponding original, answered Step 1 grievance.

☐ You may not submit a Step 2 appeal on a Step 1 grievance that was <u>screened</u> using one of the screening criteria and returned to you unprocessed.

☐ You had the option of correcting screened grievance #_____ and resubmitting to the unit grievance investigator within 15 days from the date of the returned grievance.

☒ <u>It is not permissible to mail your grievances directly to the Central Grievance Office</u>. Submitting your grievances incorrectly may result in your grievable time to expire.

☐ This issue was addressed in grievance #__ *Failing to appeal by filing a step-2 15 days after receiving step-1 response, will result in time being expired. No further action is warranted.

☐ Records indicate that Grievance #__ was returned to you on __.

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Administrative Review and Risk Management
## Inmate Grievance
## NOTICE OF IMPROPERLY SUBMITTED GRIEVANCE

| | |
|---|---|
| **DATE:** | 4/25/2023 |
| **NAME:** | DEARY, REGINALD |
| **TDCJ #:** | 00827266 |
| **UNIT:** | R1 |
| **FROM:** | Central Grievance Office |

*(handwritten: 2w - 2.4B   1 5 JUN 2023)*

Your documents received in this office have been reviewed and a response is indicated below. **If you need additional information or assistance, you may contact the Unit Grievance Investigator at your unit.**

☒ These issues have been reviewed at both steps of the grievance procedure. No other administrative remedies are available to you regarding the issue. Further action by this office is not warranted.

☐ Your Step 1 grievance(s) was properly screened.

☐ This Step 2 appeal cannot be processed without the corresponding original, answered Step 1 grievance.

☐ You may not submit a Step 2 appeal on a Step 1 grievance that was <u>screened</u> using one of the screening criteria and returned to you unprocessed.

☒ It is not permissible to mail your grievances directly to the Central Grievance Office. Submitting your grievances incorrectly may result in your grievable time to expire.

### *Step-1 and/or Step-2 grievances CANNOT be mailed here, they must be turned into your Unit Grievance Office first.*

**Comments:**

September 2022

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### WITHITA FALLS    DIVISION

REGINALD DEARY#827266
Plaintiff's Name and ID Number

815 12th. STREET,HUNTSVILLE,TX.77348

Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.
B.COLLIER,EXECUTIVE DIR.TDCJ-Huntsville Unit
P.O.BOX 99 HUNTSVILLE,TX.77348

Defendant's Name and Address
B.REITSMA,ASST.WARDEN--ALLRED Unit
2101 FM 369N. IOWA PARK,TX.76367

Defendant's Name and Address
T.VITOLO,CHEIF CLASSIFICATION-ALLRED Unit
2101 FM 369N. IOWA PARK,TX.76367

Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Attachment of pg.#1

B.DISHMAN,MAJOR-ALLRED UNIT
2101 FM 369N. IOWA PARK,TX.76367

Z.WHITE,CO.IV-ALLRED UNIT
2101 FM 369N. IOWA PARK,TX.76367

G.McLAMORE,CO.V-ALLRED UNIT
2101 FM 369N. IOWA PARK,TX.76367

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? **X** YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: OCT.-NOV. 2001

        2. Parties to previous lawsuit:

            Plaintiff(s) REGINALD DEARY

            Defendant(s) J.SALTER,CO.IV

        3. Court: (If federal, name the district; if state, name the county.) POLK COUNTY

        4. Cause number: DONT REMEMBER

        5. Name of judge to whom case was assigned: DONT REMEMBER

        6. Disposition: (Was the case dismissed, appealed, still pending?) ~~DISMISSED~~ *DiSMiSSEd*

        7. Approximate date of disposition: IN 2016

II.    PLACE OF PRESENT CONFINEMENT: HUNTSVILLE UNIT,815 12th.STREET,HUNTSVILLE,TX.77348

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    x YES    NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: REGINALD DEARY #827266 -Hv. 815 12th.STREET,HUNTSVILLE

TX.77348

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: BYRAN COLLIER,EXECUTIVE DIR.TDCJ,HUNTSVILLE-P.O. BOX 99 HUNTSVILLE
                                           UNIT

TX.77348

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. UNDER COLOR OF STATE LAW,B.COLLIER,PRISON OFFICALS HAVE A DUTY TO TAKE REASONABLE MEASURES TO PROTECT INMATES AND FAILED TO DO,SO.

Defendant #2: BRYAN REITSMA,ASST.WARDEN,ALLRED, 2101 FM369N.IOWA PARK,TX.76367
                                   UNIT

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. UNDER COLOR OF STATE LAW,B.REITSMA,OFFICERS & OFFICIALS ARE OBLIGATED TO TAKE REASONABLE STEPS TO COMMUNICATE AND PROTECT OFFENDERS FROM OF ANOTHER PRISONER AND FAILED TO DO SO.

Defendant #3: TINA VITOLO,ALLRED,2101 FM 369N. IOWA PARK,TX.76367-CHEIF OF CLASSIFICATION
                     UNIT

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. UNDER COLOR OF STATE LAW,T.VITOLO,ARE OBLIGATED TO TAKE REASONABLE STEPS TOPROTECT AND COMMUNICATE FOR OFFENDERS FROM VIOLENCE AT THE HANDS OF OTHER OFFENDERS AND FAILED TO DO SO.

Defendant #4: BRANDON DISHMAN,MAJOR,ALLRED, 2101 FM 369N. IOWA PARK,TX.76367
                              UNIT

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. UNDER COLOR OF STATE LAW,B.DISHMAN, ARE OBLIGATED TO TAKE REASONABLE STEPS TO COMMUNICATE AND PROTECT OFFENDERS AT THE HANDS OF OTHER OFFENDERS AND FAILED TO DO SO.

Defendant #5: ZACHARY WHITE,ALLRED UNIT,2101 FM 369N. IOWA PARK,TX.76367
                    CO IV

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. UNDER COLOR OF STATE LAW,Z.WHITE, HAS A DUTY TO PROTECT A PRISONER FROM ANOTHER AND DID EXPOSE ME TO A KNOWN RISK OF VIOLENCE AT THE HANDS OF ANOTHER PRISONER AND FAILED TO RESPOND.

ATTACHMENT-of-pg.#3

co.V
Defendant#6:GARRY McLAMORE,ALLRED UNIT, 2101 FM 369N. IOWA PARK,TX.76367

Brief describe the act(s)or omission(s) of this defendant which you claimed harmed you.
UNDER COLOR OF STATE LAW,G.McLAMORE,HAS A DUTY TO PROTECT A PRISONER FROM ONE ANOTHER AND
AND DID EXPOSE ME TO A KNOWN RISK OF VIOLENCE AT THE HANDS OF ANOTHER PRISONER AND FAILED
TO RESPOND.

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ON AUG.2nd.2022,on 12 bldg. E-pod,d-section two row shower I REGINALD DEARY,came back from rec. and was put in the shower by officer z.White whom took me to the rec. yard,after putting me in the shower he then went to inmate K.Knights cell to escort him to the rec. as officer WHITE took him out they where going down the stairs and inmate KNIGHT then came out of his hand restraints pushed officer WHITE to the side and ran back up the stairs to the shower where i showering and open the slot door,I trurned around and saw inmate KNIGHT standing there and i saw that he had what appeared to be a slang slot that shoots spears in his hand,I then screamed for the laws and tried to hit at his hand but couldnt and then i was hit with the frist spear in the chest, while trying to slap his hand way! as i was hit i screamed more as i tried to pull the spear out of my

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

COMPENSATORY DAMAGES OF 10,million and PUNITIVE DAMAGES of 10,million

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

LARRY McBRIDE

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

In califoria prison-#D-82065

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied?                    ____YES ____NO

4

STRIKE YOUR COMPLAINT.

chest and slide under my skin,and discovered that it had a hook so i couldnt pull it out,then when i look out of the shower he was still there getting ready to shoot me again and did,in the arm and that one also slide down under my skin! this one hit my right arm to where i couldnt move and i called for the laws to come get me out the shower but got no response until other laws ran on the pod! i could hear inmate KNIGHT telling the law in the picket to let him in the cell a coulpe of times. then the laws came and took me out of the shower and escorted me to the medical department 10.bldg. and then i was taken to the hospital where they had to do surgery to remove the spears from me!

C. Has any court ever warned or notified you that sanctions could be imposed?      _____ YES  ☒ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued.
   (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division):_____

    2. Case number:_____

    3. Approximate date warning was issued:_____

Executed on: _4-3-24_
            DATE

*Reginald Deary*
*Reginald Deary*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____3 wens day_____day of _April_____ , 20 _2 4_ .
            (Day)                 (month)         (year)

*Reginald Deary*
*Reginald Deary*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

AO 440 (Rev. 12/09)  Summons in a Civil Action

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 1 2 2024

CLERK, U.S. DISTRICT COURT
By_____
                Deputy

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| REGINALD DEARY #827266 | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| GARRY McLAMORE,CO.V | ) |
| *Defendant* | ) |

Civil Action No.

## 7-24CV-050-0

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
GARRY McLAMORE, 2101 FM 369N.
IOWA PARK,TX.76367

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | | |
|---|---|---|
| REGINALD DEARY#827266 | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| ZACHARY WHITE,CO.IV | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   ZACHARY WHITE,2101 FM 369N.
IOWA PARK,TX.76367

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| REGINALD DEARY#827266 | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| TINA VITOLO,CHIEF CLASSIFICATION | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
     TINA VITOLO,2101 FM 369N.
IOWA PARK,TX.76367

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| REGINALD DEARY#827266 | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )    Civil Action No. |
| | ) |
| BRANDON DISHMAN,MAJOR | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BRANDON DISHMAN, 2101 FM 369N.
IOWA PARK,TX.76367

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| REGINALD DEARY #827266 | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| BRYAN REITSMA, ASST. WARDEN | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    BRYAN REITSMA, 2101 FM 369N.
    IOWA PARK, TX. 76367

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN

| | | |
|---|---|---|
| REGINALD D. DEARY #827266 | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| BYRAN COLLIER,EXECUTIVE DIR.TDCJ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   BYRAN COLLIER,P.O BOX 99
HUNTSVILLE,TX.77348

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

5

Reginald Deary 827266
Huntsville Unit
815 12th Street
Huntsville, Tx. 77348



US District Court Northern District of Texas
501 West 10th Street suite 310
Fort Worth, Tx. 76102-3673

X-RAY

RECEIVED
MAR 12 2024
CLERK U.S. DISTRICT COURT
NORTHERN DIST OF TEXAS

