IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **REGINALD DEARY,** <br> **TDCJ No. 827266,** <br><br> Plaintiff, <br><br> v. <br><br> **BYRAN COLLIER,** *et al.*, <br><br> Defendants. | § § § § § § § § § § § | Civil Action No. 7:24-cv-050-O |

## JUDGMENT

This action came on for consideration by the Court. The issues have been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** with prejudice pursuant to 28 U.S.C. 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

**SIGNED** this **29th day** of **January 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE